1-2-2020

Name: Officer Renee Ware and the Richmond Police Department.;
Address: 50 N. 5th st, Richmond, IN, 47374

Re: Tort Claims Notice by James B Napier

Dear Person,

Pursuant to Indiana's Tort Claim Act, Indiana Code § 34-13-3-0.1, et. Seq., this letter is to inform/ Provide you notice of claim for tort brought against Officer Renee ware and the Richmond Police Department

1. Circumstance of incident:
July 4, 2019 I was being Arrested for unlawful entry of a motor vehicle After being detained handcuffed behind my back and Placed in the back of a Police cruiser I had Kicked at the window To get officers attention so I could try and get the window rolled down Some due to the Heat thats when officer Renee ware opens the Rear driver Side door with her tazer drawn I then moved my Knee into a Position in front of my chest and face So I could not be tazed there then officer ware told me to move my leg I Said

dont taze me thats when she deployed her tazer and struck my lower right leg a a few seconds later she tazed me again so long this time I could see a cloud of smoke a few moments after that another officer opens the Passenger side rear door and reaches in with his right hand and grabs me by my jaw squeezing as hard as he could it felt like and tells me not to curse at officer ware then officer ware drives me to the hospital with her tazer still deployed and attached to my leg. I'd also like to add that she drove me using a cruiser that was not hers Also before all of this when I was being detained by officer Porfidio being fully compliant another officer came and stood on my face using full force shoving my face in the dirt. Cause #89D02-1907-F5-000076

11. Residence of Person making Claim at the time of Incident: Homeless

Current Residence: Wayne County Jail, 200 E. Main St, Richmond, IN, 47374

III. Extent of loss: I know longer have feeling inbetween my left Pointer finger and thumb, Severe Paranoia that the Police now Just want to hurt me and file false charges against me, mentaly unstable and emotionaly, no longer feel Safe were I live due to the Richmond Police Department the People who are suppose to Protect not abuse me, They took my feeling of ease away along with my trust in this City and these are things I will never get back they also took my comfort from me my mental State will never be the Same I also have Scars from were I was tazed that I now have to look at everday and be brought back to that incident of abuse and fear...

IV. Time and Place of loss: July 4, 2019

V. Name of all persons involved: officers: Renee Ware, Seara Button, Chad Porfidio, Kevin Mauns, Sean O'Brien, Jordan Tudor, Andrew Mcclain

VI. exact amount of damages sough:

75,000

James Blake Napier

Signature: James Blake Napier